UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 3:08-0306 |
| | ) JUDGE ECHOLS |
| TENNESSEE DEPARTMENT OF | ) |
| HUMAN SERVICES, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff Bobby Green's *pro se* Complaint filed *in forma pauperis* and the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on April 8, 2008 (Docket Entry No. 6) recommending dismissal of the Complaint as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Plaintiff Green's objections to the R&R were not timely filed within the ten (10) day period permitted for filing such objections.

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). In considering the R&R, the Court fully reviewed the court file.

In a 15-page R&R, the Magistrate Judge carefully identified each claim or potential claim appearing in the factually-sparse Complaint. The R&R thoroughly examines each claim as brought against various defendants and explains why the claim fails under

1

the law and should be dismissed as frivolous or for failure to state a claim. The Court identifies no error of fact or law in the R&R. Accordingly,

(1) the R&R of the Magistrate Judge (Docket Entry No. 6) is hereby ACCEPTED.

(2) This case is hereby DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) as frivolous or for failure to state a claim.

(3) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

(4) The Court hereby CERTIFIES under 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE